**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

LANCE B. RUCKER,                                : No. 9 WM 2023
:
Petitioner                            :
:
:
:
v.                               :
:
:
:
COMMONWEALTH OF PENNSYLVANIA;      :
SUPERINTENDENT OF SCI FOREST       :
STATE PRISON; DISTRICT ATTORNEY OF :
ALLEGHENY COUNTY,                  :
:
Respondents                           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the "Writ of Habeas Corpus Ad Subjiciendum" and the "Praecipe to Enter Summary Judgment by Default" are DENIED.